IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 21 PM 5:04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Cr. No. 04-20480-D |
| DERRICK CRUMPTON, | * | |
| Defendant. | * | |

### ORDER GRANTING DEFENDANT'S MOTION
### TO CONTINUE HEARING ON CHANGE OF PLEA

For good cause shown, and without objection by the United States, the Court hereby **GRANTS** the defendant's motion to continue the change-of-plea hearing in the above-referenced case.

The hearing is hereby **RESET** for the 13th of October 2005.

It is so **ORDERED**.

This the 16 day of September 2005.

_____
Honorable Bernice Donald
United States District Court Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:04-CR-20480 was distributed by fax, mail, or direct printing on September 22, 2005 to the parties listed.

---

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT