IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 OCT 14 PM 4:06

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA )
    Plaintiff, )
)
VS. ) CR. NO. 04-20480-D
)
DERRICK CRUMPTON )
    Defendant. )
)

## ORDER ON CHANGE OF PLEA AND SETTING

    This cause came on to be heard on October 13, 2005, the United States Attorney for this district, David Pritchard, appearing for the Government and the defendant, Derrick Crumpton, appearing in person and with counsel, Edwin A. Perry, who represented the defendant.

    With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Counts 1 and 2 of the Indictment.

    Plea colloquy was held and the Court accepted the guilty plea.

    **SENTENCING** in this case is **SET** for **FRIDAY, JANUARY 13, 2005, at 1:30 P.M., before Judge Bernice B. Donald.**

    Defendant is remanded to the custody of the U. S. Marshal.

    **ENTERED** this the 13th day of October, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-17-05

36



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:04-CR-20480 was distributed by fax, mail, or direct printing on October 17, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT